# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor, | |
| Plaintiff, | |
| v. | Civil Action No. 2:12-cv-1224 |
| LOS JALAPENOS MEXICAN RESTAURANT & CANTINA, LLC, a Limited Liability Company, | |
| Defendant. | |

## CONSENT JUDGMENT

Plaintiff has filed her complaint and defendant, without admitting any of the allegations in the complaint, waives issuance and service of process, acknowledges receipt of a copy of the Complaint filed herein, waives Answer and all defenses to the Complaint, and without further pleadings agrees to the entry of this Judgment in accordance with the Stipulation between the parties filed herein. It is therefore, upon motion of the attorney for Plaintiff, and for cause shown:

ORDERED, ADJUDGED, AND DECREED that Defendant, its agents, servants, employees and those in active concert with it, are permanently enjoined and restrained from violating the provisions of §15(a)(2) and §15(a)(5) of the Fair Labor Standards Act of 1938, hereinafter referred to as the Act, in any of the following manners:

(1)     Defendants shall not, contrary to Section 6 of the Act, pay any of its employees engaged in commerce or in the production of goods for commerce, or employed in an enterprise engaged in commerce or in the production of goods for commerce within the meaning of the Act as aforesaid, wages at less than the applicable minimum wage.

(2)     Defendant shall not contrary to Section 7 of the Act, employ any of its employees engaged in commerce or in the production of goods for commerce, or employed in an enterprise engaged in commerce or in the production of goods for commerce, as defined by the Act, for workweeks longer than forty (40) hours, unless the employee receives compensation for his employment in excess of forty (40) hours at a rate not less than one and one-half times the regular rate at which he is employed.

(3)     Defendant shall not fail to make, keep and preserve records of its employees, and of the wages, hour and other conditions and practices of employment maintained by it, as prescribed by the regulations of the Administrator or the Secretary of Labor issued, and from time to time amended, pursuant to Section 11(c) of the Act, and found in Title 29, Chapter V, Code of Federal Regulations, Part 516. Defendant represents that it has installed time clocks in the workplace and is keeping an accurate record of hours worked by employees.

It is FURTHER ORDERED that the Plaintiff recover from Defendant the total sum of $29,411.34 representing back wages and interest, for which execution may issue, to be distributed to Defendant's employees listed in the Exhibit "A" attached hereto in the amounts set forth following each employee's name.

Defendants shall make payment to the Plaintiff for disbursement as prescribed by law. Any money not so distributed by the Plaintiff within a reasonable time because of Plaintiff's failure to locate the proper person or because of such person's refusal to accept such money shall

be covered into the Treasury of the United States as miscellaneous receipts. It is further ORDERED, ADJUDGED, AND DECREED that the Exhibit "A" attachment to this judgment be, and hereby is incorporated in and made a part of this Judgment.

Defendant shall not request, solicit, suggest, or coerce, directly or indirectly, any employee to return or offer to return to the Defendant or to someone else for the Defendant, any money in the form of cash, check, or any other form, for wages previously due or to become due in the future to said employee under the provisions of this Judgment or the Act; nor shall Defendant accept, or receive from any employee, either directly or indirectly, any money in the form of cash, check, or any other form, for wages heretofore or hereafter paid to said employee under the provisions of this judgment or the Act except to the extent such funds are deposited in an employee's 401(k) account; nor shall Defendant discharge or in any other manner discriminate, nor solicit or encourage anyone else to discriminate, against any such employee because such employee has received money due to him from the Defendant under the provisions of this judgment.

It is further ORDERED ADJUDGED AND DECREED that no costs are allowed.

Dated: __1/2/13__ .~~2012~~.

_____
U.S. DISTRICT COURT JUDGE

s/ Timothy J. Owens
TIMOTHY J. OWENS
Attorney for Los Jalapenos Mexican
Restaurant & Cantina, LLC
Lane Alton & Horst, LLC
Two Miranova Place, Ste. 500
Columbus, Ohio 43215
(614) 233-4753; (614) 228-0146 Fax
E-mail: towens@lanealton.com

s/ Sandra B. Kramer
SANDRA B. KRAMER (0002071)
Sr. Trial Attorney
U.S. Department of Labor
881 Federal Office Building
1240 East Ninth Street
Cleveland, Ohio 44199
(216) 522-3876; (216) 522-7172 Fax
E-mail: Kramer-Sandra@dol.gov

OF COUNSEL:
BENJAMIN T. CHINNI
Associate Regional Solicitor

## EXHIBIT "A"
### 1356 N. Hamilton Road, Gahanna, Ohio 43230

| NAME | PERIOD COVERED | GROSS AMOUNT DUE W/INTEREST |
|---|---|---|
| Baker, Dan | 04/24/10-05/01/10 | $23.54 |
| Gomez, Nercy | 07/17/10-07/24/10 | $32.98 |
| Hernandez, Yunia | 01/03/09-01/10/09 | $232.00 |
| Hollenhouse, Melissa | 05/08/10-05/15/10 | $42.92 |
| Morales, Rene | 11/22/08-11/29/08 | $281.97 |
| O'Neil, Katie | 04/10/10-04/17/10 | $39.01 |
| Ross, Ashley | 06/19/10-07/24/10 | $48.84 |
| Soto, Edelmira | 04/25/09-05/16/09 | $464.00 |
| Trejo, Freddy | 02/28/09-03/07/09 | $521.85 |
| Valdivia, Adrian | 11/22/08-12/27/08 | $503.15 |
| TOTAL: | TOTAL: | $2,190.26 |

## EXHIBIT "A"
### 1566 Stringtown Road, Grove City, Ohio 43123

| NAME | PERIOD COVERED | GROSS AMOUNT DUE W/INTEREST |
|---|---|---|
| Abbott, Robert | 02/14/09-02/21/09 | $72.42 |
| Brill, Aaron | 01/31/09-02/07/09 | $45.07 |
| Cano, Franklin | 05/01/10-07/10/10 | $119.77 |
| Dingledine, Kylie-Jo | 04/25/09-05/02/09 | $70.84 |
| Eguez, Walter | 09/27/08-03/20/10 | $7,116.09 |
| Garcia, Pablo | 12/19/09-07/10/10 | $2,051.20 |
| Garver, Brittany | 04/10/10-07/10/10 | $39.33 |
| Guerra, Roger | 02/13/10-04/17/10 | $85.28 |
| Hackney, Michelle | 12/06/08-12/13/08 | $61.11 |
| Holobaugh, Karen | 11/01/08-11/08/08 | $43.78 |
| Lopez, Rutillo | 10/11/08-07/10/10 | $4,834.72 |
| Mandeville, Jessica | 11/01/08-12/13/08 | $209.39 |
| Martinez, Jose | 11/22/08-02/21/08 | $465.48 |
| Martinez, Miriam | 06/19/10-07/10/10 | $25.79 |
| Mireles, Jorge | 10/11/08-10/18/08 | $47.35 |
| Morales, Jaime | 01/31/09-03/07/09 | $89.94 |

| Muncy, Amberlyn | 05/08/10-06/12/10 | $22.62 |
| Todd, Kelsey | 02/27/10-03/06/10 | $52.38 |
| Torres, Maria | 01/16/10-06/26/10 | $163.12 |
| Valdes, Radames A | 09/12/09-07/24/10 | $2,543.68 |
| **TOTAL:** | **TOTAL:** | **$18,159.36** |

<u>EXHIBIT "A"</u>
<u>8134 E. Broad Street, Reynoldsburg, OH 43068</u>

| **NAME** | **PERIOD COVERED** | **GROSS AMOUNT DUE W/INTEREST** |
|---|---|---|
| Bernor, Nelson | 06/05/10-06/12/10 | $38.91 |
| Brugger, Zachary | 06/05/10-06/12/10 | $91.55 |
| Castro, Andres | 01/02/10-07/24/10 | $94.04 |
| Castro, Isaac | 01/02/10-06/26/10 | $332.15 |
| Cordero, Erick | 05/0810-07/24/10 | $62.10 |
| D'Andrea, Giana | 01/16/10-07/10/10 | $43.02 |
| Eguez, Hugo | 01/16/10-02/06/10 | $27.71 |
| Garcia, Jonathan | 09/26/09-02/20/10 | $65.91 |
| Hernandez, Miguel | 04/10/10-04/17/10 | $64.39 |
| Hernandez, Roberto | 07/03/10-07/24/10 | $45.00 |
| Hurst, Adam | 07/03/10-07/24/10 | $98.33 |
| Jimenez, Jacobo | 09/27/08-01/09/10 | $2,548.37 |
| Kozar, Julianne | 11/15/08-11/22/08 | $83.02 |
| Lopez, Diego | 12/06/08-07/24/10 | $1,377.94 |
| Martinez, Miriam | 06/05/10-06/12/10 | $23.51 |
| Monroy, Alex | 01/30/10-07/24/10 | $1,279.60 |
| Moran, Barbara | 05/15/10-05/22/10 | $29.65 |
| Murray, Mike | 06/05/10-06/12/10 | $41.42 |
| Pannell, Kaile | 06/19/10-06/26/10 | $42.97 |
| Raderstorf, Jonathan | 03/27/10-05/29/10 | $22.50 |
| Salamanca, Gennesis | 11/22/08-12/27/08 | $235.39 |
| Salgado, Julio | 05/08/10-05/15/10 | $45.78 |
| Sanchez, Johnny | 01/16/10-02/06/10 | $29.91 |
| Sasfy, Thomas | 06/19/10-07/24/10 | $36.47 |
| Toral, Catiusca | 03/13/10-05/01/10 | $93.52 |
| Torres, Johana | 05/22/10-07/24/10 | $110.53 |
| Torres, Maria | 05/22/10-06/12/10 | $55.55 |
| Trujillo, Oscar | 02/27/10-03/06/10 | $39.71 |
| Ware, Julia | 06/19/10-07/24/10 | $55.33 |

| Zumudio, Franisco | 12/06/08-05/29/10 | $1,343.41 |
|---|---|---|
| Zarraga, Thais | 08/15/09-08/22/09 | $31.92 |
| Zauala, Juanita | 10/04/08-06/27/09 | $572.61 |
| **TOTAL:** | **TOTAL:** | **$9,061.72** |